# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLIVEN BUNDY, AN INDIVIDUAL,
Appellant,
vs.
THE STATE OF NEVADA; CLARK
COUNTY, A SUBDIVISION OF THE
STATE OF NEVADA; AND CENTER
FOR BIOLOGICAL DIVERSITY,
Respondents.

No. 81080

**FILED**

APR 2 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a special order awarding attorney fees and costs. Eighth Judicial District Court, Clark County.

Before this court is respondent Center for Biological Diversity's (CBD) motion to dismiss this appeal based on appellant's failure to timely file the opening brief and appendix, in violation of this court's February 19, 2021, order. Although appellant filed a motion for an extension of time on April 5, 2021, accompanied by the missing documents, the motion is untimely and the documents are not in compliance with this court's formatting rules. *See* NRAP 28(e)(1); NRAP 30(c)(2). Additionally, the motion fails to demonstrate extraordinary circumstances and extreme need sufficient to support a further extension of time. *See* NRAP 31(b)(3)(B). Accordingly, appellant's motion for an extension of time to file the opening brief and appendix is denied. CBD's motion to dismiss the appeal is granted.

This appeal is dismissed. The clerk shall strike the opening brief and appendix filed on April 5, 2021.

It is so ORDERED.

_____, J.
Cadish

_____, J.                    _____, J.
Pickering                                                                          Herndon

cc:     Chief Judge, Eighth Judicial District Court
        Eighth Judicial District Court, Department 24
        Israel Kunin, Settlement Judge
        Mueller & Associates
        Craig Mueller
        Hanley Law Firm, PLLC
        Kemp Jones, LLP
        Justin Augustine
        Eighth District Court Clerk